IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Plaintiff,                   No. CIV S-06-0966 RRB DAD P

    vs.

P. SAHOTA, et al.,

    Defendants.         ORDER

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On October 10, 2007, plaintiff filed a motion for a preliminary injunction. Therein, plaintiff requested a low-iodine diet. On March 18, 2008, plaintiff filed a motion to withdraw his October 10, 2007 motion. Plaintiff explained that he succeeded in obtaining his special diet with the assistance of the Prison Law Office.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 18, 2008 motion to withdraw his October 10, 2007 motion for a preliminary injunction is granted; and

/////

/////

/////

1

2. Plaintiff's October 10, 2007 motion for a preliminary injunction is deemed withdrawn.

DATED: March 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hamp0966.pi