IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

     Plaintiff,                           No. CIV S-06-0966 JAM DAD P

    vs.

P. SAHOTA, et al.,

     Defendants.            <u>ORDER</u>

_____/

        On November 30, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 16, 2006, finding that the allegations of plaintiff's complaint fail to link defendants Sahota and Sanchez, both of whom hold supervisorial positions, to the civil rights violations alleged in plaintiff's complaint. The magistrate judge found that the allegations of the complaint state cognizable claims against defendants Cardeno, Dazo, and Lee. The United States Marshal has been directed to serve the latter three defendants.

        A magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Local Rule 72-303(f). Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was either clearly erroneous or contrary to law.

/////

/////

1         Accordingly, IT IS HEREBY ORDERED that, upon reconsideration pursuant to plaintiff's request filed November 30, 2006, the order of the magistrate judge filed November 16, 2006, is affirmed.

DATED: September 8, 2008

                                        /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE

/hamp0966.850