1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARMSTER HAMPTON,

11              Plaintiff,                    No. CIV S-06-0966 JAM DAD P

12        vs.

13   P. SAHOTA, et al.,

14              Defendants.             <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On May 15, 2007, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty days.  Defendants have filed

22   objections to the findings and recommendations.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de novo</u>  review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 15, 2007 are adopted in full; and

2.  Defendants' February 14, 2007 motion to dismiss is denied.

DATED: September 8, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/hamp0966.806

2