IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

        Plaintiff,                    No. 2:06-cv-0966 JAM KJN P

    vs.

P. SAHOTA, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 3, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 3, 2010 are adopted in full; and

2. Defendants' summary judgment motions (Docket Nos. 45 and 57) are granted but for the claim that defendant Cardeno violated plaintiff's Eighth Amendment right to adequate medical care by failing to ensure that he receive a low iodine diet before his December 2006 ablation therapy and metastasis scans.

DATED:   January 18, 2011

                                       /s/ John A. Mendez
                                       UNITED STATES DISTRICT JUDGE