IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Plaintiff,                    No. 2: 06-cv-0966 JAM KJN P

    vs.

P. SAHOTA, et al.,

    Defendants.            ORDER TO SHOW CAUSE

_____/

        On January 21, 2011, plaintiff was ordered to file his pretrial statement on or before March 25, 2011. Plaintiff has not filed his pretrial statement.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file his pretrial statement; within that time plaintiff shall also file his pretrial statement.

DATED: April 14, 2011

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

hamp966.osc