IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

        Plaintiff,                   No. 2: 06-cv-0966 JAM KJN P

    vs.

P. SAHOTA, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2011, plaintiff submitted a pretrial statement. Plaintiff's pretrial statement does not comply with Local Rule 281 as it does not contain sections addressing undisputed facts, disputed facts, witnesses, exhibits, etc. See Local Rule 281. Accordingly, plaintiff is granted twenty-one days from the date of this order to submit a supplemental pretrial statement that complies with Local Rule 281. Plaintiff may refer to the format of defendants' pretrial statement, filed May 31, 2011, which complies with Local Rule 281.

        In their pretrial statement, defendants request that the jury trial set for August 1, 2011, before the Honorable Judge Mendez be reset. Good cause appearing, this request is granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, plaintiff shall file a supplemental pretrial statement; defendants may file a supplemental pretrial statement within seven days thereafter;

2. The jury trial set for August 1, 2011, before the Honorable Judge Mendez is vacated and reset for September 19, 2011, at 9:00 a.m.

DATED: June 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hamp966.fb