IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

      Plaintiff,                    No. 2:06-cv-0966 JAM KJN P

     vs.

P. SAHOTA, et al.,

      Defendants.            ORDER

_____/

        On March 26, 2009, the Magistrate Judge issued an order denying plaintiff's motion for counsel. On December 2, 2011, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of March 26, 2009, is therefore untimely.

        To the extent plaintiff's motion for reconsideration can be construed as a renewed motion for appointment of counsel, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional

1  circumstances.  Therefore, plaintiff's request for the appointment of counsel is denied.

2          Accordingly, IT IS HEREBY ORDERED that plaintiff's December 2, 2011
3  request for reconsideration and renewed request for appointment of counsel (Dkt. No. 86) is
4  denied.

5  DATED:   December 14, 2011

                                         /s/ John A. Mendez
                                         UNITED STATES DISTRICT JUDGE